1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  GEORGE L. BEVAN, JR. (CSBN 65207)
   Assistant United States Attorney
5
     1301 Clay Street, Suite 340S
6    Oakland, California 94612
     Telephone: 510-637-3689
7
   Attorneys for the United States of America
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          OAKLAND DIVISION
11
   UNITED STATES OF AMERICA,        )    No. 4-06-70239-WDB
12                                  )
           Plaintiff,                )
13                                  )
        v.                          )    STIPULATION AND ORDER TO
14                                  )    CONTINUE NEXT APPEARANCE
                                    )    DATE AND WAIVER OF TIME
15                                  )
   SCOTT BURGHARDT,                 )
16                                  )
           Defendant.                )
17                                  )

18
        The United States and the defendant, through their respective counsel, jointly
19
   stipulate and respectfully request the Court to continue the defendant's next appearance
20
   from **May 12, 2006**, to **Tuesday, May 16, 2006, at 10:00 a.m.**
21
        The defendant further stipulates to extend the time for indictment or preliminary
22
   hearing to the date of the next court appearance.
23

24

25  Dated: 5/11/06                        _____
26                                        GEORGE L. BEVAN JR.
                                          United States Attorney
27

28

1
2
3  Dated: 11 May 2006                    LAUREL HEADLEY, ESQ.
4                                        Attorney for Defendant Scott Burghardt
5
6
7
8
9
10  IT IS SO ORDERED.
11
12  Dated: 5/12/06

*IT IS SO ORDERED*
*Judge Wayne D. Brazil*
(Seal: United States District Court, Northern District of California)

WAYNE D. BRAZIL
United States District Judge

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO CONTINUE                    2
NEXT APPEARANCE

1
2
3
Dated: _____
4
                                   LAUREL HEADLEY, ESQ.
                                   Attorney for Defendant Scott Burghardt
5
6
7
8
9
10  IT IS SO ORDERED.
11
12  Dated: _____
                                   WAYNE D. BRAZIL
13                                 United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO CONTINUE
NEXT APPEARANCE                         2